Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Bryan T. Gilbert

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN T. G.,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01519-NJK<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ~~[PROPOSED]~~ ORDER<br><br>(FIRST REQUEST) |

Plaintiff Bryan T. Gilbert and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from August 19, 2026 to September 2, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Plaintiff's Counsel having several other motions due and six administrative hearings the week of August 17, 2026 and an extension will allow additional time to properly address the issues within the administrative record.

DATE: August 11, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ____________________________

Marc V. Kalagian
Attorney for plaintiff Bryan T. Gilbert

DATE: August 11, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ________________________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail

IT IS SO ORDERED.
Dated: August 12, 2026
.
.

_________________________________
Nancy J. Koppe
United States Magistrate Judge