TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
LINDSAY BEYER PAYNE (ILSBN 6289062)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 312-596-1872
Lindsay.Payne@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN T. G. ,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:26-cv-01519-NJK<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. §405(g) [~~PROPOSED~~ ORDER] |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will take further action to develop the administrative record; re-evaluate the prior administrative medical findings, re-evaluate the claimant's residual functional capacity, and issue a new decision.

DATED September 18, 2026

Respectfully submitted,

Dated: September 18, 2026

Law Offices of Lawrence D. Rohlfing, Inc. CPC

By: s/Marc V. Kalagian
Marc V. Kalagian
Attorney for Plaintiff
[As authorized by email September 17, 2026]

Dated: September 18, 2026

SIGAL CHATTAH
First Assistant United States Attorney

By: s/ Lindsay Beyer Payne
LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

The Court GRANTS this stipulation to remand. The Court INSTRUCTS the Clerk's Office to close this case.
IT IS SO ORDERED.
Dated: September 18, 2026.

Nancy J. Koppe
United States Magistrate Judge